## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CEDRIC JACKSON, etc.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION 12-0110-WS-N** |
| | ) |
| **JONATHAN LEE,** | ) |
| | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the order of Court dated September 29, 2014, the plaintiff shall have and recover nothing of the defendant in this action. Judgment is hereby entered in favor of defendant Jonathan Lee and against plaintiff Cedric Jackson.

DONE this 29th day of September, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE